UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

-------------------------------------------------X
UTAH RETIREMENT SYSTEMS

    Plaintiff,

vs.

MICHAEL STRAUSS, STEPHEN A.
HOZIE, ROBERT BERNSTEIN, JOHN A.
JOHNSTON, MICHAEL A. MCMANUS,
C. CATHLEEN RAFFAELI, NICHOLAS
R. MARTINO, KENNETH P. SLOSSER,
IRVING J. THAU, DELOITTE &
TOUCHE LLP, CITIGROUP GLOBAL
MARKETS, INC., and CITIGROUP, INC.

    Defendants.

-------------------------------------------------X

NOTICE OF MOTION
TO ADMIT COUNSEL
PRO HAC VICE

09 CV 3221 (TCP) (ETB)


TO:    All Counsel

PLEASE TAKE NOTICE that upon the annexed affidavit of Mark S. Willis in support of this motion and the Certificates of Good Standing annexed thereto, the undersigned will move this Court before the Honorable Thomas C. Platt at the United States Courthouse for the Eastern District of New York, pursuant to Rule 1.3 (c) of the Local Rules of the United States District Courts for the Southern and Eastern Districts of New York, for an Order allowing the admission of Mark S. Willis, a partner of the firm of Spector Roseman Kodroff & Willis P.C. and a member in good standing of the Bar of the State of Massachusetts and the District Court of The District of Columbia, as attorney pro hac vice to argue or try this case in whole or in part as counsel for Plaintiff the Utah Retirement Systems. There are no pending disciplinary proceedings against me in any State or Federal court.

Respectfully submitted,

*Mark S Willis/som*
Mark S. Willis
SPECTOR ROSEMAN KODROFF
& WILLIS, P.C.
1818 Market Street
Suite 2500
Philadelphia, PA 19103
(215) 496-0300

Dated: MARCH 1, 2010

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

-----------------------------------------------------X

UTAH RETIREMENT SYSTEMS

       Plaintiff,

vs.

MICHAEL STRAUSS, STEPHEN A.
HOZIE, ROBERT BERNSTEIN, JOHN A.
JOHNSTON, MICHAEL A. MCMANUS,
C. CATHLEEN RAFFAELI, NICHOLAS
R. MARTINO, KENNETH P. SLOSSER,
IRVING J. THAU, DELOITTE &
TOUCHE LLP, CITIGROUP GLOBAL
MARKETS, INC., and CITIGROUP, INC.

       Defendants
-----------------------------------------------------X

AFFIDAVIT OF
MARK S. WILLIS IN
SUPPORT OF
MOTION TO ADMIT
COUNSEL PRO HAC VICE

09 CV 3221 (TCP) (ETB)

State of New York  )
                      ) ss:
County of New York )

Mark S. Willis, being duly sworn, hereby deposes and says as follows:

1. I am a partner with the law firm of Spector Roseman Kodroff & Willis, P.C.

2. I submit this affidavit in support of my motion for admission to practice pro hac vice in the above captioned matter.

3. As shown in the Certificates of Good Standing annexed hereto, I am a member in good standing of the Bars of the State of Massachusetts and the District Court of the District of Columbia.

4. There are no pending disciplinary proceedings against me in any State or Federal court.

5.      Wherefore, your affiant respectfully submits that he be permitted to appear as counsel and advocate pro hac vice in this one case for plaintiff the Utah Retirement Systems.

_____
Mark S. Willis
SPECTOR ROSEMAN KODROFF
  & WILLIS, P.C.
1818 Market Street
Suite 2500
Philadelphia, PA 19103
(215) 496-0300

COMMONWEALTH OF PENNSYLVANIA
NOTARIAL SEAL
Joyce A. Magee - Notary Public
City of Philadelphia, Philadelphia County
MY COMMISSION EXPIRES JUNE 23, 2013

Dated: 3-1-10
NOTARIZED

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

-------------------------------------------------X
UTAH RETIREMENT SYSTEMS

    Plaintiff,

vs.

MICHAEL STRAUSS, STEPHEN A.
HOZIE, ROBERT BERNSTEIN, JOHN A.
JOHNSTON, MICHAEL A. MCMANUS,
C. CATHLEEN RAFFAELI, NICHOLAS
R. MARTINO, KENNETH P. SLOSSER,
IRVING J. THAU, DELOITTE &
TOUCHE LLP, CITIGROUP GLOBAL
MARKETS, INC., and CITIGROUP, INC.

    Defendants.

-------------------------------------------------X

ADMISSION TO PRACTICE
PRO HAC VICE

09 CV 3221 (TCP) (ETB)

The motion for admission to practice pro hac vice in the above captioned matter is granted. The admitted attorney, Mark S. Willis, is permitted to argue or try this particular case in whole or in part as counselor advocate for plaintiff the Utah Retirement Systems

An attorney admitted to practice pro hac vice is required to pay a $25.00 attorney admission fee and present this Order to the intake deputy clerk in the Clerk's Office. When paying by mail, return a copy of this Order to the Clerk's Office with the required fee.

This Order confirms your appearance as counsel in this case, and it will be entered on the Court's docket. A notation of your admission pro hac vice for the above listed case will be made on the roll of attorneys.

The attorney admitted pro hac vice must serve a copy of this Order on all other counsel in this case.

Dated:

                                                United States District Judge

cc:    Pro Hac Vice Attorney
        Court File

# COMMONWEALTH OF MASSACHUSETTS

SUFFOLK, SS.

---

BE IT REMEMBERED, that at the Supreme Judicial Court holden at Boston within and for said County of Suffolk, on the **twenty-first** day of **February** A.D. **1990**, said Court being the highest Court of Record in said Commonwealth:

## Mark S. Willis

being found duly qualified in that behalf, and having taken and subscribed the oaths required by law, was admitted to practice as an Attorney, and, by virtue thereof, as a Counsellor at Law, in any of the Courts of the said Commonwealth: that said Attorney is at present a member of the Bar, and is in good standing according to the records of this Court*.

In testimony whereof, I have hereunto set my hand and affixed the seal of said Court, this **twenty-third day of February** in the year of our Lord **two thousand and ten.**

*MAURA S. DOYLE,* Clerk

* Records of private discipline, if any, such as a private reprimand imposed by the Board of Bar Overseers or by any court, are not covered by this certification.

X3116



### District of Columbia Court of Appeals
#### Committee on Admissions
430 E Street, N.W. — Room 123
Washington, D. C. 20001
202 / 879-2710

I, GARLAND PINKSTON, JR., Clerk of the District of Columbia Court of Appeals, do hereby certify that

MARK WILLIS

was on the 10TH day of DECEMBER, 1999 duly qualified and admitted as an attorney and counselor and entitled to practice before this Court and is, on the date indicated below, an active member in good standing of this Bar.

In Testimony Whereof, I have hereunto subscribed my name and affixed the seal of this Court at the City of Washington, D.C., on February 25, 2010.

GARLAND PINKSTON, JR., CLERK

By: *N. Charles*
Deputy Clerk