# SPECTOR ROSEMAN KODROFF & WILLIS PC

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.

★ APR 05 2010 ★

LONG ISLAND OFFICE

Rosy Briones
Rbriones@srkw-law.com

April 1, 2010

Clerk of Court
**Long Island Courthouse**
United States District Court
Eastern District of New York
Long Island Courthouse
100 Federal Plaza
Central Islip, NY 11722
ATTN: Clerk of Court

RE: **Utah Retirement Systems v. Strauss, et al., 09 Civ. 3221**

Dear Sir or Madam:

Enclosed please find copies of the receipts for the payments of Pro Hac Vice in the amount of $25.00 pertaining to attorneys Daniel J. Mirarchi and Mark S. Willis. The payments were sent to the Brooklyn office.

Please let me know if there is anything else I can help you with.

Very truly yours,

Rosy Briones

RB:
Enc.

Philadelphia | Washington
1818 Market Street | Suite 2500 | Philadelphia, PA 19103 | T: 215 496 0300 | F: 215 496 6611 | srkw-law.com
Affiliated Offices Worldwide



18685
25.00

3/1/2010

25.00

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.
★ MAR 04 2010 ★

BROOKLYN OFFICE

AMERICAN HOME MORTGAGE

SPECTOR, ROSEMAN, KODROFF & WILLIS PC
CLERK, US DISTRICT COURT
510-1 · Client disbursements - PA

Cash - Checking     PRO HAC VICE - MSW

&%RP&%D1&%RPCourt Name: Eastern District of
New York
Division: 1
Receipt Number: 4653012088
Cashier ID: vktein
Transaction Date: 03/08/2010
Payer Name: SPECTOR ROSEMAN KODROFF

PRO HOC VICE
For: SPECTOR ROSEMAN KODROFF
Case/Party: D-NYE-1-10-LB-000001-002
Amount:         $25.00

CHECK
Check/Money Order Num: 18685
Amt Tendered: $25.00

Total Due:      $25.00
Total Tendered: $25.00
Change Amt:     $0.00

MARK S WILLIS
09CV3221(TCP)

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y
★ APR 0 - 2010 ★

LONG ISLAND OFFICE

18686
25.00

3/1/2010

AMERICAN HOME MORTGAGE

25.00

**FILED**
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.
★ MAR 04 2010 ★
BROOKLYN OFFICE

SPECTOR, ROSEMAN ,KODROFF & WILLIS PC
CLERK, US DISTRICT COURT
510-1 · Client disbursements - PA

Cash - Checking      PRO HAC VICE - DJM

&%RPCourt Name: Eastern District of New York
Division: 1
Receipt Number: 4653012089
Cashier ID: vklein
Transaction Date: 03/08/2010
Payer Name: SPECTOR ROSEMAN KODROFF

PRO HAC VICE
  For: SPECTOR ROSEMAN KODROFF
  Case/Party: D-NYE-1-10-LB-000001-002
  Amount:       $25.00

CHECK
  Check/Money Order Num: 18686
  Amt Tendered: $25.00

Total Due:        $25.00
Total Tendered:   $25.00
Change Amt:        $0.00

This receipt is for the payment of Daniel J. Mirarchi's pro hac vice.

**FILED**
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.
★ APR 05 2010 ★
LONG ISLAND OFFICE