# SIMPSON THACHER & BARTLETT LLP

425 LEXINGTON AVENUE
NEW YORK, NY 10017-3954
(212) 455-2000

FACSIMILE (212) 455-2502

DIRECT DIAL NUMBER
(212) 455-2519

E-MAIL ADDRESS
pcurnin@stblaw.com

VIA ECF

June 16, 2010

Re: Utah Retirement Systems v. Michael Strauss, et al., 09 Civ. 3221 (TCP) (ETB)

Honorable E. Thomas Boyle
United States Magistrate Judge
United States District Court
 for the Eastern District of New York
Long Island Courthouse
1044 Federal Plaza
Central Islip, New York 11722-9014

Dear Judge Boyle:

    We represent Defendant Michael Strauss in the above-referenced action and write on behalf of all parties with respect to the forthcoming June 18, 2010 hearing before Your Honor. Your Honor entered an Order on June 15, 2010 directing counsel for all parties to appear on Friday, June 18, 2010 at 10:30 a.m. for argument concerning an appropriate plan and schedule for briefing of Defendants' motions to dismiss Plaintiff's amended complaint. The parties have conferred with respect to the hearing and, in an effort to ensure that counsel for all parties are present at Your Honor's desired time and minimize client expense, respectfully request that the Friday hearing be conducted telephonically. If Your Honor is amenable to conducting the hearing telephonically, the parties will circulate dial-in information to Your Honor. However, if Your Honor wishes that counsel for all parties appear in person, counsel will, of course, abide by Your Honor's direction.

    Thank you for your consideration of this matter.

Respectfully submitted,

*Paul C. Curnin*

Paul C. Curnin

cc: All Counsel via ECF