UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

| | |
|---|---|
| UTAH RETIREMENT SYSTEMS, | 09 Civ. 3221 (TCP) (ETB) |
| Plaintiff, | ECF Case |
| v. | |
| MICHAEL STRAUSS, STEPHEN A. HOZIE, ROBERT BERNSTEIN, JOHN A. JOHNSTON, MICHAEL A. MCMANUS, C. CATHLEEN RAFFAELI, NICHOLAS R. MARTINO, KENNETH P. SLOSSER, IRVING J. THAU, DELOITTE & TOUCHE LLP, CITIGROUP GLOBAL MARKETS INC., and CITIGROUP INC., | |
| Defendants. | |

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

## NOTICE OF DISMISSAL WITH PREJUDICE

Pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, plaintiff Utah Retirement Systems, by and through its undersigned counsel, hereby voluntarily dismisses all claims in the above-captioned action. The claims and the entire action are hereby dismissed as to all defendants with prejudice, with all parties to bear their own costs.

Dated: June 29, 2011

**SPECTOR ROSEMAN KODROFF & WILLIS, P.C.**

_____/s/_____
By: Mark S. Willis
1101 Pennsylvania Avenue, NW
Suite 600
Washington DC 20004
Tel: (202) 756-3600
Fax: (202) 756-3602

Andrew D. Abramowitz
Daniel J. Mirarchi
1818 Market Street, Suite 2500
Philadelphia, PA 19103
Tel: (215) 496-0300
Fax: (215) 496-6611

*Counsel for Plaintiff Utah Retirement Systems*